592 A.2d 215

IN THE MATTER OF SIXTO L. MACIAS, AN ATTORNEY AT LAW.

July 11, 1991.

ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that SIXTO L. MACIAS of UNION CITY, who was admitted to the bar of this State in 1980, be publicly reprimanded for violating DR 7–101 and RPC 1.3, by failing to act with diligence in four matters, and for exhibiting a pattern of neglect in handling those matters, in violation of DR 6–101(A)(2) and RPC 1.1(b), and further recommending that respondent practice under the supervision of a proctor for a period of one year, and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review are adopted and SIXTO L. MACIAS is hereby publicly reprimanded; and it is further

ORDERED that respondent shall practice law under the supervision of a proctor to be selected by the Office of Attorney Ethics for a period of one year and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of the this State; and it is further

ORDERED that respondent shall reimburse the Ethics Financial Committee for appropriate administrative costs incurred in the prosecution of this matter.